United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                      Case No. 19-10670-amc
Bobby M Allen                                               Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore        Page 1 of 1           Date Rcvd: Apr 25, 2019
                              Form ID: trc            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14267884        +E-mail/Text: bankruptcy@consumerportfolio.com Apr 26 2019 02:37:47
                 Consumer Portfolio Services,   Attn: Bankruptcy,   Po Box 57071,   Irvine, CA 92619-7071
                                                                                          TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2019 at the address(es) listed below:
```
         ALFONSO G. MADRID    on behalf of Debtor Bobby M Allen alfonsomadridlawECF@gmail.com
         KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                        TOTAL: 4
```

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-10670-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Bobby M Allen
9026 Brouse Ave.
Philadelphia PA 19152

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/24/2019.

Name and Address of Alleged Transferor(s):

Claim No. 2: Consumer Portfolio Services, Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/27/19

Tim McGrath
**CLERK OF THE COURT**