CERTIFICATION OF SERVICE

I hereby certify that on this date, true and correct copies of Proof of Claim No. 11, filed by the Debtor on behalf of the creditor, has been served this date by first class mail upon:

>Philadelphia Gas Works
>800 W. Montgomery Ave.
>Philadelphia PA 19122

I further certify that copies of the claim have been served by first class mail and/or electronic notice upon the Debtor, the Trustee and U.S. Trustee.

/s/ Alfonso Madrid
ALFONSO MADRID, ESQ.
Attorney for Debtor
757 South 8th St.
Philadelphia PA 19147
(215) 925-1002
(215) 689-4809 (fax)
alfonsomadrid.esq@gmail.com

Dated: May 11, 2019