## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| BOBBY M. ALLEN | : | CASE NO: 19-10670AMC |
| | : | |
| Debtor | : | |
| _____ | : | |

## PRAECIPE TO WITHDRAW DOCUMENT

TO CLERK OF COURT

Please be advised that Debtor withdraws the Motion to Determine Validity of Payment Change, filed on September 4, 2019. Doc. No. 32. It has been rendered moot by the creditor withdrawing the Notice of Mortgage Payment Change, the filing of which is a violation of Pennsylvania's Unfair Trade Practices and Consumer Protection Law (the "UDAP statute"), 73 P.S. § 201-1 *et seq*. That violation will be addressed via adversary proceeding.

                                                                                /s/ Alfonso Madrid
                                                    ALFONSO MADRID
                                                    Attorney for Debtor
                                                    757 South 8th St.
                                                    Philadelphia PA 19147
                                                    (215)925-1002
                                                    (215) 689-4809 (fax)
                                                    Alfonsomadrid.esq@gmail.com