IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

In re:  :
: Chapter 13
BOBBY M. ALLEN,  :
: Bankruptcy No. 19-10670 (AMC)
Debtor.  :

---

# PRAECIPE TO WITHDRAW OBJECTION TO THE CONFIRMATION OF THE PLAN

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan Docket #30 filed by the City of Philadelphia on July 30, 2019.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: October 2, 2019   By:   /s/ Pamela Elchert Thurmond
PAMELA ELCHERT THURMOND
Deputy City Solicitor
PA Attorney I.D. 202054
City of Philadelphia Law Department
1401 JFK Blvd., 5th Floor
Philadelphia, PA  19102-1595
215-686-0508 (phone)
215-686-0588 (facsimile)
Email: Pamela.Thurmond@phila.gov