### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Bobby M. Allen<br>　　　　　Debtor(s) | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>　　　　　Moving Party<br>　　　vs. | NO. 19-10670 AMC |
| Bobby M. Allen<br>　　　　　Debtor(s) | |
| William C. Miller Esq.<br>　　　　　Trustee | |

### STIPULATION RESOLVING DEBTOR'S MOTION TO DETERMINE THE JUNE 24, 2019 POST-PETITION FEE NOTICE

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. On June 24, 2019, Pennsylvania Housing Finance Agency (Secured Creditor) filed a post-petition fee notice under Claim 10 in the total amount of $1,325.00 for its Proof of Claim, 410A, Objection, and Plan Review.

2. Debtor filed a Motion to Determine the Validity of Secured Creditor's post-petition fee notice on May 2, 2020, disputing the amounts collectible.

3. The Parties have reviewed the claim in depth to come to a resolution of this matter.

4. Though Secured Creditor does not agree to the merits of Debtor's Motion, Secured Creditor has agreed to this resolution to avoid costly litigation.

5. This Stipulation is without any admission of wrongdoing by either party.

6. Within thirty (30) days of the filing of this Stipulation, Secured Creditor shall withdraw the June 24, 2019 post-petition fee notice from the claims register.

7. Further, Secured Creditor shall deem the amounts listed as non-recoverable and non-chargeable to Debtor's loan.

8. The parties agree that a facsimile signature shall be considered an original signature.

9. Debtor's Objection to Secured Creditor's Proof of Claim is hereby resolved as moot.

Date:   May 28, 2020                                  By: /s/Rebecca A. Solarz, Esq.
                                                          Rebecca A. Solarz, Esq.
                                                          Attorney for Secured Creditor

Date:   May 28, 2020                                      /s/Alfonso G. Madrid
                                                          Alfonso G. Madrid
                                                          Attorney for Debtor(s)

Approved by the Court this ____ day of _____, 2020.  However, the court retains discretion regarding entry of any further order.


                                                          _____
                                                          Bankruptcy Judge
                                                          Ashely M. Chan