United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-10670-amc
Bobby M Allen                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore        Page 1 of 1        Date Rcvd: Jun 01, 2020
                            Form ID: pdf900        Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2020.
db          +Bobby M Allen,    9026 Brouse Ave.,    Philadelphia, PA 19152-1406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Jun 02 2020 04:21:28     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 02 2020 04:20:47
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 02 2020 04:21:04     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/Text: megan.harper@phila.gov Jun 02 2020 04:21:28     CITY OF PHILADELPHIA,
             Tax & Revenue Unit,    1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    Major Tax Litigation Division,
             Philadelphia, PA 19102-1613
cr          +E-mail/Text: blegal@phfa.org Jun 02 2020 04:20:52     PHFA,    211 North Front Street,
             Harrisburg, PA 17101-1466
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 02 2020 04:27:13
             PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2020 04:26:40     Synchrony Bank,
             c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 7

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2020 at the address(es) listed below:
      ALFONSO G. MADRID    on behalf of Debtor Bobby M Allen amadrid@clsphila.org
      JADA S. GREENHOWE    on behalf of Creditor    PHFA jgreenhowe@phfa.org
      KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
       bkgroup@kmllawgroup.com
      LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
       dmaurer@pkh.com;mgutshall@pkh.com
      PAMELA ELCHERT THURMOND    on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
       karena.blaylock@phila.gov
      REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                       TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Bobby M. Allen <br> _Debtor(s)_ <br><br> PENNSYLVANIA HOUSING FINANCE AGENCY <br> _Moving Party_ <br> vs. <br><br> Bobby M. Allen <br> _Debtor(s)_ <br><br> William C. Miller Esq. <br> _Trustee_ | CHAPTER 13 <br><br> NO. 19-10670 AMC |

**STIPULATION RESOLVING DEBTOR'S MOTION TO DETERMINE THE**
**JUNE 24, 2019 POST-PETITION FEE NOTICE**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. On June 24, 2019, Pennsylvania Housing Finance Agency (Secured Creditor) filed a post-petition fee notice under Claim 10 in the total amount of $1,325.00 for its Proof of Claim, 410A, Objection, and Plan Review.

2. Debtor filed a Motion to Determine the Validity of Secured Creditor's post-petition fee notice on May 2, 2020, disputing the amounts collectible.

3. The Parties have reviewed the claim in depth to come to a resolution of this matter.

4. Though Secured Creditor does not agree to the merits of Debtor's Motion, Secured Creditor has agreed to this resolution to avoid costly litigation.

5. This Stipulation is without any admission of wrongdoing by either party.

6. Within thirty (30) days of the filing of this Stipulation, Secured Creditor shall withdraw the June 24, 2019 post-petition fee notice from the claims register.

7. Further, Secured Creditor shall deem the amounts listed as non-recoverable and non-chargeable to Debtor's loan.

8. The parties agree that a facsimile signature shall be considered an original signature.

9. Debtor's Objection to Secured Creditor's Proof of Claim is hereby resolved as moot.

Date:   May 28, 2020                    By: /s/Rebecca A. Solarz, Esq.
                                            Rebecca A. Solarz, Esq.
                                            Attorney for Secured Creditor


Date: May 28, 2020                          /s/Alfonso G. Madrid
                                            Alfonso G. Madrid
                                            Attorney for Debtor(s)


Approved by the Court this _____ day of _____, 2020.  However, the court retains discretion regarding entry of any further order.

**Date: June 1, 2020**                      _____
                                            Bankruptcy Judge
                                            Ashely M. Chan