United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 19-10670-elf |
|---|---|
| Bobby M Allen | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 08, 2022 | Form ID: pdf900 | Total Noticed: 9 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bobby M Allen, 9026 Brouse Ave., Philadelphia, PA 19152-1406 |
| | + Comhar, Inc., Attn: Payroll/Human Resources, 100 W. Lehigh Avenue, Philadelphia, PA 19133-4097 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Apr 08 2022 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 08 2022 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 08 2022 23:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | Email/Text: megan.harper@phila.gov | Apr 08 2022 23:58:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | + Email/Text: blegal@phfa.org | Apr 08 2022 23:58:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| cr | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 08 2022 23:59:13 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + Email/PDF: gecsedi@recoverycorp.com | Apr 08 2022 23:59:28 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Apr 08, 2022                       Form ID: pdf900                                 Total Noticed: 9

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


Date: Apr 10, 2022                 Signature:        /s/Gustava Winters


# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALFONSO G. MADRID | |
| | on behalf of Debtor Bobby M Allen amadrid@clsphila.org |
| JADA S. GREENHOWE | |
| | on behalf of Creditor PHFA jgreenhowe@phfa.org |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | |
| | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| LEON P. HALLER | |
| | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| PAMELA ELCHERT THURMOND | |
| | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |


TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| BOBBY M. ALLEN | : | CASE NO: 19-10670ELF |
| | : | |
| Debtor | : | |
| | : | |
| _____: | | |

**AMENDED ORDER TO PAY WAGES TO THE TRUSTEE**

AND NOW, upon consideration of the Debtor's Amended Motion to Pay Trustee Through

Wage Deduction, and upon representation of the Debtor, the Court finds:

The above-named Debtor has pending in this Court a case under Chapter 13 of Title 11 and,

pursuant to the provisions of said statute and of the Debtor's plan, the Debtor has submitted such

portion of Debtor's future earnings or income to the control of the trustee as is necessary for the

execution of the plan; and

Under the provisions of 11 U.S.C. § 1325(c) and § 105 an entity may be required, upon Order

of this Court, to pay over such portion of the wages, earnings or income of the Debtor as may be

needed to effectuate said plan, and that such an Order is necessary and proper, now therefore,

IT IS ORDERED that this Court's Order of February 21, 2019 (Doc No. 13),  is AMENDED

as follows:  Commencing May 1, 2022, and until further Order of this Court, **Comhar, Inc., Attn:**

**Payroll/Human Resources, 100 W. Lehigh Avenue, Philadelphia PA 19133**, shall deduct from

the earnings or income of Bobby M. Allen, the sum of **$319.38 from each bi-weekly pay period**

and deduct a similar amount for each pay period thereafter, including any period for which the

Debtor receives periodic or lump sum payment for or on account of vacation, termination or other

1

benefits arising out of present or past employment of the Debtor, and forthwith remit the sums so

deducted to:

KENNETH E. WEST, ESQ.
Chapter 13 Trustee
PO Box 1799
Memphis, TN 38101-1799
Case No. 19-10670

IT IS FURTHER ORDERED that all earnings, wages and income of the Debtor, except the

amounts required to be withheld by the provisions of any laws of the United States, the laws of any

state or political subdivision, or by any insurance, pension or union dues agreement between said

entity and the Debtor, or by Order of this Court, be paid to the aforesaid Debtor in accordance with

the entity's usual payroll procedure.

Date:  April 7, 2022

Eric L. Frank
United States Bankruptcy Judge