Certificate Number: 17082-PAE-DE-037401604

Bankruptcy Case Number: 19-10670



17082-PAE-DE-037401604

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 3, 2023, at 8:22 o'clock PM MST, BOBBY M ALLEN II completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 3, 2023              By:    /s/Orsolya K Lazar

                                Name:  Orsolya K Lazar

                                Title: Executive Director