IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| BOBBY M. ALLEN | : | CASE NO: 19-10670PMM |
| | : | |
| | : | |
| Debtor | : | |
| _____ | : | |

ORDER TERMINATING WAGE DEDUCTION

AND NOW, upon consideration of the Debtor's Motion to Discontinue Wage Deduction, and upon notice and hearing;

IT IS ORDERED that this Court's prior Order of February 21, 2019 (Doc. No. 13), and amended by Order of April 7, 2022 (Doc. No. 59), ordering Debtor's employer, Comhar, Inc., to deduct funds from the earnings or income of Bobby M. Allen, is VACATED.

**Date: January 30, 2024**

_____
Patricia M. Mayer
United States Bankruptcy Judge