United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 19-10670-pmm

Bobby M Allen                                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 13, 2024 | Form ID: 138OBJ | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bobby M Allen, 9026 Brouse Ave., Philadelphia, PA 19152-1406 |
| 14267877 | | Aria Health, PO Box 829778, Philadelphia, PA 19182-9778 |
| 14267879 | | Bank of America, GA4-004-01-52, PO Box 105576, Atlanta, GA 30348-5576 |
| 14267888 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14267891 | | Merchantile, 165 Lawrence Bell Dr., Suite 100, Buffalo, NY 14221-7900 |
| 14267892 | | NISWI, LLC d/b/a Amplify Funding, 597 Peace Pipe Road, 2nd Fl, Lac Du Flambeau, WI 54538 |
| 14267897 | | PA Turnpike Commission, PO Box 67676, Harrisburg, PA 17106-7676 |
| 14296097 | + | Pennsylvania Housing Finance Agency, c/o Kevin G. McDonald, Esquire, 701 Market Street, Suite 5000, Philadelphia, Pa 19106-1541 |
| 14267899 | + | Phila Municipal Court- Traffic Div, 800 Spring Garden St., PO Box 56301, Philadelphia, PA 19130-6301 |
| 14276483 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, Pa 19123-2616 |
| 14267901 | + | Philadelphia Water Revenue Dept., 1401 JFK Blvd, Philadelphia, PA 19102-1606 |
| 14267902 | | Professional Acct Mgt LLC, PO Box 1153, Milwaukee, WI 53201-1153 |
| 14267903 | + | Receivable Mgt Svs, Attn: Bankruptcy, 4200 Cantera Drive, Suite 211, Warrenville, IL 60555-3040 |
| 14267905 | + | Revenue Collection Bureau, Inc., 5900 Torresdale Ave, Philadelphia, PA 19135-4127 |
| 14327422 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |
| 14267909 | + | WLCC Lending MFT dba Merit Fin. Trust, PO Box 204, #1 Wakpamni Lake Housing, Batesland, SD 57716-0204 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 14 2024 00:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14267878 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 14 2024 00:25:00 | Bank of America, PO Box 17054, Wilmington, DE 19850-7054 |
| 14286909 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 14 2024 00:25:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14267880 | + | Email/Text: notices@burt-law.com | Mar 14 2024 00:25:00 | Burton Neil & Associates, 1060 Andrew Dr., Suite 170, West Chester, PA 19380-5600 |
| 14365209 | | Email/Text: megan.harper@phila.gov | Mar 14 2024 00:25:00 | City of Philadelphia/Water Revenue Bureau, c/o Pamela Elchert Thurmond, Municipal Services Building, 1401 JFK Boulevard 5th Floor, Philadelphia, Pa 19102-1595 |
| 14360932 | | Email/Text: megan.harper@phila.gov | Mar 14 2024 00:25:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14267881 | + | Email/Text: bankruptcy@cavps.com | Mar 14 2024 00:25:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Suite 400, Valhalla, NY 10595-2321 |
| 14287152 | + | Email/Text: bankruptcy@cavps.com | Mar 14 2024 00:25:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

District/off: 0313-2           User: admin           Page 2 of 3

Date Rcvd: Mar 13, 2024           Form ID: 138OBJ           Total Noticed: 48

| ID | | Method / Text | Date/Time | Recipient |
|---|---|---|---|---|
| 14267883 | + | Email/Text: mediamanagers@clientservices.com | Mar 14 2024 00:25:00 | Client Services Inc., 3451 Harry Truman Blvd, Saint Charles, MO 63301-9816 |
| 14267884 | + | Email/Text: bankruptcy@consumerportfolio.com | Mar 14 2024 00:25:00 | Consumer Portfolio Services, Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 14267885 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 14 2024 00:25:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14267886 | + | Email/Text: mrdiscen@discover.com | Mar 14 2024 00:25:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14267887 | | Email/Text: bankruptcydepartment@tsico.com | Mar 14 2024 00:25:00 | EOS CCA, PO Box 981002, Boston, MA 02298-1002 |
| 14267889 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 14 2024 00:25:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14267890 | + | Email/Text: bankruptcy@ldf-holdings.com | Mar 14 2024 00:25:00 | Ishwaaswi, LLC dba RadiantCash, PO Box 1183, Lac Du Flambeau, WI 54538-1183 |
| 14267882 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 14 2024 00:27:17 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14267893 | ^ | MEBN | Mar 14 2024 00:17:47 | Northstar Location Svs. LLC, 4285 Genesee St., Buffalo, NY 14225-1943 |
| 14279202 | | Email/PDF: cbp@omf.com | Mar 14 2024 00:27:26 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14267894 | + | Email/PDF: cbp@omf.com | Mar 14 2024 00:27:27 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14267895 | + | Email/PDF: cbp@omf.com | Mar 14 2024 00:27:17 | OneMain Financial LLC, 300 Saint Paul Place, Baltimore, MD 21202-2120 |
| 14267898 | | Email/Text: bankruptcies@penncredit.com | Mar 14 2024 00:25:00 | Penn Credit Corp, 916 South 14th St., PO Box 988, Harrisburg, PA 17108-0988 |
| 14312773 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 14 2024 00:27:21 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14268034 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 14 2024 00:27:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14267896 | + | Email/Text: blegal@phfa.org | Mar 14 2024 00:25:00 | Pa Housing Finance Agency, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14287770 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 14 2024 00:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14306276 | + | Email/Text: blegal@phfa.org | Mar 14 2024 00:25:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14267900 | ^ | MEBN | Mar 14 2024 00:17:38 | Philadelphia Gas Works, 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14267904 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 14 2024 00:27:18 | Regional Acceptance Co, Attn: Bankruptcy, Po Box 1487, Wilson, NC 27894-1487 |
| 14286514 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 14 2024 00:27:18 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14267906 | + | Email/Text: bankruptcy@sw-credit.com | Mar 14 2024 00:25:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14267907 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 14 2024 00:25:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14267908 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 14 2024 00:27:22 | Wells Fargp Bank N.A., 101 N. Phillips Ave, Sioux Falls, SD 57104-6714 |

TOTAL: 32

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Mar 13, 2024 | Form ID: 138OBJ | Total Noticed: 48

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 15, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALFONSO G. MADRID | on behalf of Debtor Bobby M Allen amadrid@clsphila.org  madrid.alfonsob@notify.bestcase.com |
| JADA S. GREENHOWE | on behalf of Creditor PHFA jgreenhowe@phfa.org |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MARK A. CRONIN | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Bobby M Allen

          Debtor(s)

Case No: 19−10670−pmm

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/13/24