United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-10670-pmm
Bobby M Allen                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                         User: admin                                    Page 1 of 2
Date Rcvd: May 07, 2024                      Form ID: pdf900                           Total Noticed: 6

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bobby M Allen, 9026 Brouse Ave., Philadelphia, PA 19152-1406 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 08 2024 00:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 08 2024 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | May 08 2024 00:18:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: blegal@phfa.org | May 08 2024 00:18:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 08 2024 00:28:49 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2024                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALFONSO G. MADRID | on behalf of Debtor Bobby M Allen amadrid@clsphila.org  madrid.alfonsob@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| JADA S. GREENHOWE | on behalf of Creditor PHFA jgreenhowe@phfa.org |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|                                          |   |                          |
|------------------------------------------|---|--------------------------|
|                                          | : |                          |
| IN RE                                    | : | CHAPTER 13               |
|                                          | : |                          |
| BOBBY M. ALLEN                           | : | CASE NO: 19-10670PMM     |
|                                          | : |                          |
|     Debtor           | : |                          |
|                                          | : |                          |
| _____ | : |                          |

**ORDER**

AND NOW,, upon consideration of the Debtor's Debtor's Motion for Determination of Mortgage Cure, and upon notice and hearing, it is hereby ordered and declared that:

1.  Debtor's mortgage loan, which was the basis of Proof of Claim No. 10  filed in this case, held and/or serviced by Pennsylvania Home Finance Agency ("PHFA") has been cured of prepetition arrears by completion of the chapter 13 plan, and Debtor's remaining balance due on the mortgage is the amount that would have existed if the prepetition default had never occurred;

2.  Any amounts for fees, charges, or expenses that PHFA may allege Debtor owes as of the petition date in connection with any alleged prepetition default on the mortgage or otherwise, that has not been approved by this Court through the allowance of Claim No. 10 or otherwise, are deemed cured by completion of the plan and are therefore canceled and discharged.

**Date: May 7, 2024**

_____
Patricia M. Mayer
United States Bankruptcy Judge